UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:24-CR-489-MTS-SPM |
| ) | |
| SIDARTH CHAKRAVERTY and ) | |
| VICTOR ALSTON, ) | |
| ) | |
| Defendants. ) | |

## ORDER

**IT IS HEREBY ORDERED** that Defendants Sidarth Chakraverty and Victor Alston's joint motion for sealing of motion to modify conditions of pretrial release (ECF No. 164) is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendants Sidarth Chakraverty and Victor Alston's sealed motion to modify conditions of release (ECF No. 165-1) is **GRANTED** for the reasons stated in the motion.

**IT IS FURTHER ORDERED** that Condition of Release (7)(g) is modified to allow Defendants Chakraverty and Alston to have contact with one another to discuss the case for the purpose of preparing a defense.

**IT IS FINALLY ORDERED** that except as modified herein all other conditions of release for Defendant Chakraverty and Defendant Alston remain in full force and effect.

Dated this 18th day of July, 2025.

/s/ Noelle C. Collins
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE