RECEIVED
AUG 28 2025
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

United States of America, )
  ) Case no. 4:24 CR 489 HEA/SPM
v. Victor Alston, )
  ) August 27, 2025

## MEMORANDUM FOR CLERK

Please release my passport.

Victor Alston 818 851 4955

1204 Dunston Drive St. Louis MO 63146



Please circle which applies:   (Pro se) (Attorney for) Plaintiff

(Pro se) (Attorney for) Defendant