RECEIVED
AUG 29 2025
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

United States of America, )
) Case no. 4:24CR489 HEA/SPM
v. Sidarth Chakraverty, )
) August 27, 2025

## MEMORANDUM FOR CLERK

PLEASE RETURN MY PASSPORT

SIDARTH CHAKRAVERTY   314 304 3747
8400 Delmar unit 519 St. Louis MO

Please circle which applies:   (Pro se) (Attorney for) Plaintiff

(Pro se) (Attorney for) Defendant